## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:
Nixon Fork Mining, Inc., a DE Corp.,　　　　Bankruptcy No. 99-2379-JKF
　　　Debtor(s)　　　　　　　　　　　　　　Chapter 7

　　　　　　　　　　　　　　　　　　　　　　**Related to Doc. No. 322, Petition for Payment of Unclaimed Funds**

## ORDER DISMISSING WITHOUT PREJUDICE "PETITION FOR PAYMENT OF UNCLAIMED FUNDS" FILED ON BEHALF OF ALASKA PACIFIC POWDER COMPANY

**AND NOW,** this 15th day of **June**, **2011**, **WHEREAS** Atlas Alaska, Inc., is a corporation and is the creditor on whose behalf the petition for payment of unclaimed funds was filed;

**WHEREAS** Alaska Pacific Powder Company is the owner of Atlas Alaska, Inc.;

**WHEREAS** Ernest Friedlander of Sterling Management Services filed the petition for payment of unclaimed funds on behalf of Alaska Pacific Powder Company so that Alaska Pacific Powder Company can obtain the unclaimed funds owed to Atlas Alaska, Inc.

**WHEREAS** a corporation must be represented by counsel;

**WHEREAS** the petition for payment of unclaimed funds was not filed by an attorney;

**WHEREAS** there is no allegation or docket evidence of transfer of the claim from Atlas Alaska, Inc;

**WHEREAS** the petition for payment of unclaimed funds, although served on the U.S. Attorney appears to have not been served on the Debtor, Debtor's counsel and the Chapter 7 Trustee as required;

It is **ORDERED** that the petition for unclaimed funds is **dismissed without prejudice** subject to being properly filed and served.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Judith K. Fitzgerald_
　　　　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald　　**rmab**
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:　　Ernest F. Friedlander
　　　　Sterling Management Services
　　　　6 Baldwin circle
　　　　Weston, MA  02493